# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 11-6434-GW(AJWx) | Date | October 3, 2011 |
|---|---|---|---|
| Title | *Fatemeh Johnmohammadi v. Bloomingdales, Inc., et al.* | | |

Present: The Honorable   GEORGE H. WU, UNITED STATES DISTRICT JUDGE

| Javier Gonzalez/Kane Tien | Rosalyn Adams | |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Dennis F. Moss | John Slade Curtis |
| | David E. Martin |

**PROCEEDINGS:**   SCHEDULING CONFERENCE

The Court sets the hearing on the Class Certification to **January 30, 2012 at 8:30 am**. Parties may stipulate to briefing schedule, except the reply, which is due January 19, 2012.

The Scheduling Conference is continued to **January 30, 2012 at 8:30 a.m.** A Joint 26(f) Report shall be filed with the Court no later than January 23, 2012.

: 04

Initials of Preparer   KTI