1  Dennis F. Moss (SBN 77512)
   Rami A. Yomtov (SBN 263774)
2  **SPIRO MOSS LLP**
   11377 West Olympic Boulevard, 5th Floor
3  Los Angeles, CA 90064
   Tel: (310) 235-2468; Fax: (310) 235-2456
4  Email: dennisfmoss@yahoo.com
   Email: Rami@spiromoss.com
5

6  Sahag Majarian, II (SBN 146621)
   **LAW OFFICES OF SAHAG MAJARIAN, II**
7  18250 Ventura Boulevard
   Tarzana, CA 91356
   Tel: (818) 609-0807; Fax: (818)609-0892
8  Email: sahagii@aol.com

9  Attorneys for Plaintiffs

10 David E. Martin, *pro hac vice admittee*
   david.e.martin@macys.com
11 Catherine E. Sison, *pro hac vice admittee*
12 catherine.sison@macys.com
   **MACY'S, INC. – LAW DEPARTMENT**
13 611 Olive Street, 10th Floor
14 St. Louis, MO 63101
   Telephone: (314) 342-6719
15 Facsimile: (314) 342-6066

16 Attorneys for Defendant

17

18                    UNITED STATES DISTRICT COURT

19                    CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FATEMEH JOHNMOHAMMADI, individually and on behalf of other persons similarly situated, | Case No.: CV 11-6434-GW (AJWx) **CLASS ACTION** |
| Plaintiff, | **STIPULATION TO CONTINUE CLASS CERTIFICATION HEARING DATE** |
| vs. | |
| BLOOMINGDALE'S, INC., and DOES 1 through 30, | |
| Defendants. | Date Action Filed: July 5, 2011 |

**STIPULATION TO CONTINUE CLASS CERTIFICATION HEARING DATE**
0

Plaintiff Fatemeh Johnmohammadi and Defendant Bloomingdale's, Inc. hereby enter into the following Stipulation to Continue the Class Certification Hearing Date in the above-captioned action in view of the following circumstances:

1. On July 5, 2011, Plaintiff filed her class-action complaint in the Superior Court for the County of Los Angeles.  Shortly thereafter, on August 5, 2011, Defendant removed the action to this Court pursuant to the Class Action Fairness Act, 29 U.S.C. § 1332(d);

2. On October 3, 2011, the parties participated in a Scheduling Conference before this Court.  At the conclusion of the Scheduling Conference, the Court set a Class Certification Hearing Date for January 30, 2012, and Ordered that the parties stipulate to a briefing schedule (with the exception of the reply, which is set to be filed on January 19, 2012);

3. The parties have since served their Initial Disclosures pursuant to Rule 26(a) of the Federal Rules of Civil Procedure.  Further, pursuant to Rule 30 of the Federal Rules of Civil Procedure, Defendant took the deposition of the Plaintiff on November 7, 2011;

4. At the conclusion of Plaintiff's deposition, and again on November 9, 2011, Plaintiff's counsel and Defendant's counsel met and conferred.  During the course of the parties' discussion, Defendant's counsel stated its intention to file a Motion to Compel Plaintiff Fatemeh Johnmohammadi's individual claims to arbitration and to dismiss her class allegations;

5. Defendant currently anticipates that it will file its Motion to Compel Arbitration no later than November 28, 2011;

6. The parties sharply dispute whether Plaintiff is obligated to arbitrate her employment-related disputes with Defendant, and whether class or collective action claims are barred.  However, the parties agree that in light of Defendant's

**STIPULATION TO CONTINUE CLASS CERTIFICATION HEARING DATE**
1

1  anticipated Motion to Compel Arbitration, the January 30, 2012 Class
2  Certification Hearing Date is premature, in that resolution of the above-stated
3  arbitration issues may necessarily affect Plaintiff's class claims;
4      WHEREFORE, THE PARTIES HEREBY STIPULATE that the Class
5  Certification Hearing Date in this action shall be continued from January 30,
6  2012 to April 30, 2012, or any time thereafter that is convenient for the Court.

9  DATED:  November 9, 2011     SPIRO MOSS LLP

                                              By: /s/  *Rami A. Yomtov*
                                              Rami A. Yomtov
                                              Attorneys for Plaintiff

15  DATED:  November 9, 2011     BLOOMINGDALES, INC.

                                              By:/s/  *David E. Martin*
                                              David E. Martin, pro hac vice admittee

SPIRO MOSS LLP (sidebar)

**STIPULATION TO CONTINUE CLASS CERTIFICATION HEARING DATE**
2