Julia Azrael (Bar No. 109049)
John S. Curtis (Bar No. 50350)
**LAW OFFICES OF JULIA AZRAEL**
5200 Lankershim Boulevard, Suite 850
North Hollywood, California 91601
Telephone:  (818) 766-5177
Facsimile:  (818) 766-5047

David E. Martin, pro hac vice admittee
Email: david.e.martin@macys.com
Catherine E. Sison, pro hac vice admittee
Email: catherine.sison@macys.com
**MACY'S, INC. – LAW DEPARTMENT**
611 Olive Street, 10th Floor
St. Louis, MO 63101
Telephone: (314) 342-6719
Facsimile: (314) 342-6938

Attorneys for Defendant BLOOMINGDALE'S, INC.

*MADE JS-6*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **FATEMEH JOHNMOHAMMADI**, individually and on behalf of other persons similarly situated,,<br><br>Plaintiff,<br><br>vs.<br><br>**BLOOMINGDALE'S, INC.,** and DOES 1 through 30, inclusive,<br><br>Defendant. | Case No. CV 11-6434-GW(AJWx)<br>Hon. George H. Wu<br><br>[Complaint Filed:  July 5, 1011]<br><br>**ORDER OF DISMISSAL**<br>**[FRCP Rule 41(a)(1)]** |

The Court, having found:

1. That Plaintiff FATEMEH JOHNMOHAMMADI voluntarily entered into an agreement with Defendant BLOOMINGDALE'S, INC. to submit any and all employment related claims, including the claims encompassed in Plaintiff's Complaint, to binding arbitration;

- 1 -
Order of Dismissal

    2.     that in voluntarily entering into the mutual agreement to arbitrate, Plaintiff explicitly waived her right to bring claims on behalf of other employees as class or representative actions; and

    3.     that the subject class action waiver is enforceable and does not violate or interfere with sections 7 or 8 of the National Labor Relations Act,

    IT IS HEREBY ORDERED that Defendant's Motion to Compel Arbitration is granted; and, pursuant to Federal Rules of Civil Procedure, Rule 41(a)(2), this action is hereby dismissed without prejudice.

Dated:  February 29, 2012          By: _____
                                        THE HONORABLE GEORGE H. WU
                                        United States District Judge